UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-07869-RGK-JEM | Date | January 5, 2023 |
|---|---|---|---|
| Title | *Enrique Martinasso v. Beacon Sales Acquisition, Inc., et al* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Joseph Remigio (not present) | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order Re: Plaintiff's Motion to Remand [DE 15]

On September 22, 2022, Enrique Martinasso ("Plaintiff") filed a complaint in Los Angeles County Superior Court against Beacon Sales Acquisition, Inc. ("Defendant"), alleging state claims for Intentional Interference with Contractual Relationship, Intentional and Negligent Interference with Prospective Economic Advantage, and Violation of Business and Professions Code 17200. On October 28, 2022, Defendant removed the action to federal court on the ground of diversity jurisdiction.

By way of the current motion, Plaintiff seeks remand of this action on the ground that the minimum jurisdictional requirement has not been established by Defendant. On December 6, 2022, Defendant filed an opposition, and on December 20, 2022, Defendant filed a request to supplement the opposition, which was granted. In the supplement, Defendant attached as Exhibit A, Plaintiff's Disclosures under Rule 26(a)(1). In the disclosure, Plaintiff estimates damages of $1,500,000 in compensatory damages, and $1,500,000 in consequential damages. Based on this evidence, the Court finds that the amount in controversy exceeds the minimum jurisdiction requirement of $75,000.

The Court **DENIES** Plaintiff Motion for Remand.

**IT IS SO ORDERED.**

| | : | |
|---|---|---|
| Initials of Preparer | JRE/v | |