closed

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE MARTINASSO (DBA EM DRYWALL and EM CONSTRUCTION),<br><br>Plaintiff,<br><br>v.<br><br>BEACON SALES ACQUISITION, INC., and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:22−cv−07869 RGK (JEMx)<br><br>[PROPOSED] JUDGMENT |

On February 16, 2023, the Court granted the Defendant's Motion to Dismiss the Plaintiff's complaint. In accordance with the Court's Order, Docket No. 39, it is hereby ORDERED, ADJUDGED, AND DECREED that this action is dismissed in its entirety.

IT IS SO ORDERED.

Dated: 3/1/2023

_____
R. GARY KLAUSNER
United States District Judge